946

■ BARBARA BERBERICH v. BARBARA M. MATHIEU.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ In the Matter of ALBERT J. URBAN v. THOMAS E. ROSETTI.— Motion for leave to reargue granted, and, upon such reargument, the order of this court, entered on October 18, 1962, is modified so as to provide that the appeal be heard upon the original record and upon typewritten appellant's points, on condition that the appellant serves one copy of the typewritten appellant's points upon the Corporation Counsel of the City of New York, and files six typewritten copies of appellant's points, together with the original record with this court. The provision contained in the order of this court, entered on October 18, 1962, requiring appellant to perfect the appeal for the November 1962 Term of this court is eliminated. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ FREDERICK F. SINGER, Individually and as Guardian ad Litem of MICHAEL SINGER, an Infant, v. ALAN WALKER et al.— Motion to dismiss appeal granted, without prejudice to any appeal from the orders entered on January 31, 1962, which may be taken in connection with any final judgment that may be entered herein (Civ. Prac. Act, § 580). Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ NANCY KRITIKOS, as Administratrix of the Estate of NANCY T. KRITI-KOS, Deceased, v. BRONX HOSPITAL et al.— Motions to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 5, 1963 with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Motion to dispense with printing and for other relief denied, with leave to renew upon a showing of merit and an explanation for the delay. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ ALBERT F. REISMAN v. GREER-BOUTWELL & ASSOCIATES, INC., et al.— Motion for a stay denied as academic. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of JAMES R. JOHNSON v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ PUPI CAMPO v. JACK PAAR et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

(November 30, 1962)

■ A. SCHIFF & Co., INC., et al., v. MIHAIL I. WIEDER et al., as Copartners, Doing Business under the Name of WIEDER & BERGSTEIN.— Motions for an extension of time granted insofar as to extend defendants-appellants' time to serve their answers to 10 days after service upon their attorney of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 11, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.